UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANIEL CEDILLO,<br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>　　Defendant. | No: 2:24-01771-DFM<br><br>ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS ($5,100), subject to the terms of the stipulation.

DATE: November 22, 2024

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-